IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 07 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| **WESLEY FORD HAMMOND** | ) Case No. 7:13CV00044 |
| Plaintiff, | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **LYNCHBURG ADULT DETENTION CENTER,** | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice as moot and is stricken from the active docket of the court.

**ENTER:** This 7th day of February, 2013.

/s/ James C. Turk
Senior United States District Judge