IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **WESLEY FORD HAMMOND** | ) | |
| | ) | Case No. 7:13CV00044 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **LYNCHBURG ADULT DETENTION CENTER,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |
| | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice as moot and is stricken from the active docket of the court.

**ENTER:** This 7th day of February, 2013.

/s/ James C. Turk
Senior United States District Judge